# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **BRANDI SMITH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 5:19-cv-01843-LCB |
| | ) |
| **BETHANY BETTERTON &** | ) |
| **UNIDENTIFIED MORGAN** | ) |
| **COUNTY JAILERS,** | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff, Brandi Smith, by and through her undersigned counsel of record and counsel for Defendant, Bethany Betterton, by and through her undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41, stipulate that all claims against the Defendant are due to be dismissed with prejudice with the Parties bearing their own costs, attorneys' fees, and expenses. Counsel for Defendant certifies that he has the express permission and agreement of counsel for the Plaintiff to file this Joint Stipulation of Dismissal on his client's behalf with the Court and further certifies that the Plaintiff and Defendant have agreed to the terms and conditions of this Joint Stipulation of Dismissal.

Respectfully submitted this 22nd day of September 2020.

s/Henry F. Sherrod
Henry F. (Hank) Sherrod III (ASB-1200-D63H)
HENRY F. SHERROD III, P.C.

P. O. Box 606
Florence, Alabama 35631-0606
hank@alcivilrights.com
*Attorney for Plaintiff*


**s/J. Randall McNeill**
J. Randall McNeill (asb-4841-e29-j)
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
rmcneill@webbeley.com
*Attorney for Defendant*