FILED

2020 Sep-25  PM 02:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **BRANDI SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **Case No.:  5:19-cv-1843-LCB** |
| | ) | |
| **BETHANY BETTERTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>MEMORANDUM</u>

The parties have filed a Joint Stipulation of Dismissal (Doc. 10). Parties may dismiss a lawsuit voluntarily by filing a stipulation of dismissal signed by all parties who have appeared, except in suits involving class or derivative actions, unincorporated associations, and receiverships, or where voluntary dismissal is subject to an applicable federal statute. Fed. R. Civ. P. 41(a)(1)(A)(ii). None of these exceptions apply in this case.

Because the parties have filed a joint stipulation of dismissal signed by all parties who have appeared, the case was dismissed with prejudice immediately upon filing of the stipulation. *Love v. Wal-Mart Stores, Inc.*, 865 F.3d 1322, 1325 (11th Cir. 2017) (holding that a stipulation of dismissal is "self-executing" and dismisses the case upon proper filing).

The Clerk of Court is therefore **DIRECTED** to close this case.

**DONE** and **ORDERED** this September 25, 2020.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE